IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NATHAN W. HEADLEY**, | ) |
| Plaintiff, | ) Civil No. **06-4002-GPM** |
| v. | ) CJRA TRACK: **B** |
| **JERRY JOE MCVAIGH, et al.**, | ) |
| Defendants. | ) |

**ORDER**

**PROUD, Magistrate Judge:**

Before the Court is the defendants' motion to compel plaintiff to make his initial disclosures, as required by Federal Rule of Civil Procedure 26(a)(1), and to submit to deposition. **(Doc. 42).**

Although the time to respond to the defendants' motion has not passed, time is of the essence. The initial disclosures required by Federal Rule of Civil Procedure 26(a)(1) were due on or about September 1, 2006. The discovery cutoff is April 8, 2007, and Chief Judge Murphy has denied the defendants' motion to continue the discovery deadline and trial setting. The Court cannot fathom why plaintiff has not made his disclosures and submitted to deposition.

**IT IS THEREFORE ORDERED** that the defendants' motion **(Doc. 42)** is **GRANTED**.

**IT IS FURTHER ORDERED** that on or before **March 20, 2007**, plaintiff shall make his initial disclosures, as mandated by Federal Rule of Civil Procedure 26(a)(1); and plaintiff shall submit to deposition at a date of defendants' choosing that is **on or before April 8, 2007**.

No extensions of these deadlines will be granted.

**IT IS SO ORDERED.**

**DATED: March 12, 2007**

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U. S. MAGISTRATE JUDGE**