IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NATHAN W. HEADLEY**, ) | |
| ) | |
| Plaintiff, ) | Civil No.  **06-4002-JLF** |
| ) | |
| V. ) | CJRA TRACK: **B** |
| ) | |
| **JERRY JOE MCVAIGH, et al.**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Pursuant to Federal Rule of Civil Procedure 35, the defendants are before the Court

seeking to compel plaintiff to submit to a medical examination by Dr. Gary Yarkony on March

22, 2007, at 1:00 p.m.  **(Doc. 45).**

Although the time to respond to the defendants' motion has not passed, time is of the

essence, and plaintiff's response would not be due until March 23, 2007– one day after the

proposed examination.  The discovery cutoff is April 8, 2007, and Chief Judge Murphy has

denied the defendants' motion to continue the discovery deadline and trial setting.  On its face,

the defendants' motion is well taken and will be provisionally granted.  If plaintiff desires to file

an objection in the form of a motion for reconsideration, he must do so on or before March 19,

2007, and the Court will reconsider whether the examination should proceed.

**IT IS THEREFORE ORDERED** that the defendants' motion **(Doc. 45)** is **GRANTED**.

Accordingly, plaintiff Nathan Headley shall appear for medical examination, consisting of taking

a medical history, physical medicine and rehabilitation examination and evaluation, by Dr. Gary

Yarknoy on March 22, 2007, at 1:00 p.m., at the Country Inn & Suites, 1200 North Raney St.,

1

Effingham, Illinois.

**IT IS FURTHER ORDERED** that on or before **March 19, 2007**, plaintiff shall file a

motion for reconsideration, if he so desires.

**IT IS SO ORDERED.**

**DATED: March 12, 2007**

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
