IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NATHAN W. HEADLEY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **06-4002-GPM** |
| | ) |
| **JERRY JOE MCVAIGH, et al.**, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's motion to compel defendants to fully answer interrogatories and requests for production propounded by plaintiff. **(Doc. 50).** Plaintiff asserts defendants did not timely answer or timely object to his discovery requests. Plaintiff further contends that he is unable to complete depositions until he has received the requested discovery. The discovery cutoff is April 8, 2007, and Chief Judge Murphy has already declined to extend the pretrial schedule and August 2007 presumptive trial month.

A review of the subject motion reveals that plaintiff has failed to submit copies of the discovery requests at issue and the defendant's responses, as required by Local Rule 26.1(b)(3). Therefore, the Court cannot even assess the timeliness of the defendants' discovery responses and/or objections.

**IT IS THEREFORE ORDERED** that plaintiff's motion to compel **(Doc. 50)** is **DENIED**.

**IT IS SO ORDERED.**

**DATED: April 6, 2007**

<u>s/ Clifford J. Proud</u>
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**