IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NATHAN W. HEADLEY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil No. **06-4002-CJP** |
| | ) |
| **JERRY JOE MCVAIGH, et al.**, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Pursuant to 28 U.S.C. § 636, upon the consent of all parties Chief Judge G. Patrick Murphy transferred this action to the undersigned Magistrate Judge for all further proceedings and entry of judgment.  **(Docs. 70 and 72).**

Before the Court is the parties' joint motion to continue the trial setting set by Chief Judge Murphy and for entry of a revised pretrial schedule.  **(Doc. 69).**  The parties have also notified the Court that a new schedule effectively resolves all outstanding discovery disputes, including the issue of whether plaintiff must reimburse defendants for costs and attorney's fees associated with defendants' motion to compel and to strike.

Insofar as plaintiff has moved for leave to amend his expert disclosures **(Doc. 62)**, the new schedule renders that issue moot.

**IT IS HEREBY ORDERED**, for good cause shown, the parties' joint motion for a new pretrial schedule **(Doc. 69)** is **GRANTED**; the Court hereby **ADOPTS** the proposed scheduling and discovery order submitted by the parties.

If the parties agree that a settlement conference is likely to be fruitful they should contact the Court and the necessary arrangements will be made for another Magistrate Judge to conduct the settlement conference.

A final pretrial conference will be set by separate notice, after any dispositive motions are decided. A specific trial setting will be selected at the final pretrial conference.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to amend his expert disclosures **(Doc. 62)** is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**DATED: April 25, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**
