IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NATHAN W. HEADLEY,                    )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )
                                      )    Case No: 06-4002-CJP
JERRY JOE McVAIGH, and                )
VILLAGE OF WEST SALEM,                )
                                      )
            Defendants.               )

## O R D E R

Before the Court is a "Stripulation to Dismiss" filed by plaintiff Nathan W.

Headley and defendants Jerry Joe McVaigh and the Village of West Salem, seeking

dismissal of this entire action, with prejudice, and without costs to any party. **(Doc. 104).**

Also before the Court is a "Stipulation to Dismiss the Third-Party Complaint," filed by

third-party plaintiffs Jerry Joe McVaigh and the Village of West Salem, seeking

dismissal of the third-party action, with prejudice, and without costs to any party. **(Doc.**

**105).**

    **IT IS HEREBY ORDERED** that, for good cause shown and without objection

from any party, the aforementioned "Stipulation to Dismiss" **(Doc. 104)**, and

"Stipulation to Dismiss the Third-Party Complaint"  **(Doc. 105)** are both **GRANTED**.

The complaint and third-party complaint are both dismissed, with prejudice, and without

costs to any party.  Judgement shall enter accordingly.

    **IT IS SO ORDERED.**

    **DATED: September 15, 2008**        **s/ Clifford J. Proud**
                                         **CLIFFORD J. PROUD**
                                         **U. S. MAGISTRATE JUDGE**