# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATHAN HEADLEY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 06-4002-CJP |
| JERRY JOE McVAIGH, et al., | ) |
| Defendant(s). | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Clifford J. Proud on September 15, 2008, the above-captioned action is **DISMISSED** with prejudice.

Each party shall bear its own costs.

**Dated:** **September 16, 2008**

**Norbert G. Jaworski**

**By:** **S/Angela Vehlewald**
    **Deputy Clerk**

**Approved:** **S/Clifford J. Proud**
    **Clifford J. Proud**
    **United States Magistrate Judge**